Elmer E. Tarburton, complainant-appellant,

*v.*

Edna Johnson, executrix, &c., et al., defendants-respondents.

[Argued February 15th, 1933.   Decided April 28th, 1933.]

140

142

*Messrs. French, Richards & Bradley,* for the appellant.

*Mr. Frank R. Bacon* and *Mr. LeRoy W. Loder,* for the respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons set forth in the opinion of Vice-Chancellor Davis as above.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 12.

*For reversal*—None.